IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00039-AP

AHKII L. WILLIAMS,

      Plaintiff,

      v.

JO ANNE B. BARNHART, Commissioner of Social Security,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Diane K. Craven, Esq.
McDivitt Law Firm
19 E. Cimarron St.
Colorado Springs, CO 80903
Telephone: (719) 471-3700/Fax: (719) 471-9782
Dcraven@mcdivittlaw.com

For Defendant:

WILLIAM J. LEONE
United States Attorney

KURT J. BOHN
Assistant United States Attorney
kurt.bohn@usdoj.gov

Debra Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-0812/Fax: (303) 844-0770
debra.meachum@ssa.gov

2.      **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

    A.      **Date Complaint Was Filed:** 1/6/06
    B.      **Date Complaint Was Served on U.S. Attorney's Office:** 1/17/06
    C.      **Date Answer and Administrative Record Were Filed:**  2/21/06

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** With the exception of new evidence being submitted with Plaintiff's Opening Brief, the record is complete.
**Defendant states:**  To the best of her knowledge, the record is complete.

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**   Additional evidence will be submitted with Plaintiff's Opening Brief.
**Defendant states:**  None anticipated.

6.      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:**   There are no unusual claims or defenses.
**Defendant states:**  To the best of her knowledge, this case does not involve unusual claims or defenses.

7.      **OTHER MATTERS**

**Plaintiff states:**   None anticipated.
**Defendant states:**  None anticipated.

**8.    PROPOSED BRIEFING SCHEDULE**

**Because of workload and scheduling conflicts, the parties respectfully request briefing to commence later than 40 days after filing of this Joint Case Management Plan; the response brief be due later than 30 days after the opening brief; and the reply brief be due later than 15 days after the response brief, as follows:**

| | | |
|---|---|---|
| **A.** | **Plaintiff's Opening Brief Due:** | May 8, 2006. |
| **B.** | **Defendant's  Response Brief Due:** | June 22, 2006. |
| **C.** | **Plaintiff's  Reply Brief Due:** | July 17, 2006 |

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

**A.    Plaintiff's Statement:** Oral argument not requested.
**B.    Defendant's Statement:**  Oral argument not requested.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

**A.    (    )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.    ( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 13th day of March , 2006.

BY THE COURT:

 S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Diane K. Craven 3/13/06<br>Diane K. Craven, Esq.<br>McDivitt Law Firm<br>19 E. Cimarron St.<br>Colorado Springs, CO 80903<br>Telephone: (719) 471-3700/Fax: (719) 471-9782<br>Dcraven@mcdivittlaw.com<br><br>Attorney for Plaintiff Ahkii L. Williams | UNITED STATES ATTORNEY<br>WILLIAM J. LEONE<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>By:  s/Debra J. Meachum 3/13/06<br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-0812<br>debra.meachum@ssa.gov<br><br>Attorneys for Defendant |