UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00039-WYD

AHKIL L. WILLIAMS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. Section 2412(d) and Defendant's Stipulated Motion: Re Petition for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (filed June 13, 2007).  Plaintiff seeks an award of attorney fees under the Equal Access to Justice Act ["EAJA"] in the amount of $5,000.00.  In Defendant's Stipulated Motion, the Commissioner of Social Security agrees to an award of attorney fees in this amount.

Having reviewed the motions, I find that the fees sought by Plaintiff's counsel are reasonable and should be awarded under the EAJA.  Accordingly, it is

ORDERED that Plaintiff's Unopposed Motion for Attorney Fees Under the EAJA and Defendant's Stipulated Motion: Re Petition for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, are **GRANTED**.  It is

FURTHER ORDERED that attorney fees are awarded in the amount of $5,000.00. While Defendant requests that the award of fees be made payable to Plaintiff, I grant the request by Plaintiff's counsel to make the award of fees payable to Plaintiff's counsel, Diane Craven, pursuant to the terms of contract attached to Plaintiff's motion.

Dated June 21, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge