UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00039-WYD

AHKIL L. WILLIAMS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Motion to Correct or Amend Judgment Pursuant to Fed. R. Civ. P. 60 (filed July 17, 2007). Defendant's motion sought a correction or modification of the judgment in connection with the Court's Order of June 21, 2007, which directed that attorney fees be issued directly to Plaintiff's attorney. In Defendant's reply, however, Defendant asserts that because there was an apparent misunderstanding between counsel for the parties as to the exact terms of the stipulated agreement for EAJA fees, the $5,000.00 EAJA fee should be made payable to Plaintiff's attorney, as the assignee for Plaintiff.

Having reviewed the motion, response and reply, and being fully advised in the premises, it is

ORDERED that Defendant's Motion to Correct or Amend Judgment Pursuant to Fed. R. Civ. P. 60 (filed July 17, 2007) is **GRANTED IN PART AND DENIED IN PART**.

Defendant's request in its reply brief that the Court amend the judgment to reflect that the $5,000.00 EAJA fee should be made payable to Plaintiff's attorney, as the assignee for Plaintiff, is **GRANTED**.  An Amended Order as to fees shall be filed on that issue. Defendant's request to amend the judgment to make the award of attorney fees payable to Plaintiff is **DENIED.**

Dated August 13, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge