UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00039-WYD

AHKIL L. WILLIAMS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

**AMENDED ORDER**
_____

    THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. Section 2412(d) and Defendant's Stipulated Motion: Re Petition for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (filed June 13, 2007). Plaintiff seeks an award of attorney fees under the Equal Access to Justice Act ["EAJA"] in the amount of $5,000.00. In Defendant's Stipulated Motion, the Commissioner of Social Security agrees to an award of attorney fees in this amount.

    Having reviewed the motions, I find that the fees sought by Plaintiff's counsel are reasonable and should be awarded under the EAJA. Accordingly, it is

    ORDERED that Plaintiff's Unopposed Motion for Attorney Fees Under the EAJA and Defendant's Stipulated Motion: Re Petition for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, are **GRANTED**. It is

FURTHER ORDERED that attorney fees are awarded in the amount of $5,000.00. The award of attorney fees shall be made payable to Plaintiff's attorney, as the assignee for Plaintiff.

Dated August 13, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge