UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00039-WYD

AHKIL L. WILLIAMS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for 42 U.S.C. § 416(b) Fees (filed February 7, 2008) is **STRICKEN** with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

    Dated February 8, 2008